

FILED
OCT 0 8 2019
Clerk, U.S. District and
Bankruptcy Courts

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MICHAEL S. OWLFEATHER-GORBEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 19-2770 (UNA) |
| ) | |
| ADMINISTRATIVE OFFICE ) | |
| OF THE UNITED STATES COURTS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

Pursuant to the Prison Litigation Reform Act ("PLRA"), unless a prisoner "is under imminent danger of serious physical injury," he may not proceed *in forma pauperis* if while incarcerated he has filed at least three prior cases that were dismissed as frivolous, malicious, or for failure to state a claim. 28 U.S.C. § 1915(g); *see Ibrahim v. District of Columbia*, 463 F.3d 3, 6 (D.C. Cir. 2006). This plaintiff has accumulated at least three strikes, *see, e.g., Gorbey v. District of Columbia*, No. 10-7175 (D.C. Cir. June 8, 2011) (revoking *in forma pauperis* status under 28 U.S.C. § 1915(g)), and he does not qualify under the imminent danger exception. Therefore, the Court will deny plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint and this civil action.

An Order is issued separately.

DATE: October 7, 2019

CHRISTOPHER R. COOPER
United States District Judge